UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:22-CR-19-MSH-CDL** |
| | : | |
| v. | : | |
| | : | |
| **MARQUES STRAMBLER** | : | |
| Defendant | : | |
| | : | |

### ORDER

Defendant Marques Strambler was detained in Texas and arrested in the Middle District of Georgia on June 2, 2023. Doc. 86. His initial appearance and arraignment in the Middle District of Georgia occurred on June 5, 2023. Doc. 88. The pretrial conference in this matter is currently set for July 10, 2023. Doc. 95.

The parties have jointly moved to continue the case to the September 2023 trial term. Specifically, the Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, conduct additional investigation, and to discuss a possible universal resolution.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **September 2023 trial term**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§

3161(h)(6), (7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 7th day of June 2023.

S/ Clay D. Land
Clay D. Land, U.S. District Judge